UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MATTHEW TRAVIS HOUSTON, | Case No.: 2:25-cv-01364-APG |
|---|---|
| Plaintiff | **Order Granting Application to Proceed and Ordering Random Re-Assignment** |
| v. | |
| JERRY A. WIESE II, et al., | [ECF No. 1] |
| Defendants | |

Plaintiff Matthew Houston is subject to a vexatious litigant pre-filing order issued by Judge Dorsey. *See Houston v. Encore Event Technologies, et al.*, 2:22-cv-01740-JAD-EJY, ECF No. 30. Under that order, before Houston can file a new action in this court "using any pages he has already filed in another case," he must satisfy three conditions:

- Apply to the Chief Judge of this district for leave to file the document by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File."
- That application must be supported by a declaration from Houston, made under penalty of perjury, stating that: (1) the matters asserted in the new complaint or petition are different from those asserted in the actions he has previously filed in this district; (2) the new claim or claims are not frivolous or made in bad faith; (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims.
- Houston must attach a copy of [Judge Dorsey's] order to any such application.

*Id.* at 8.

Houston has met these requirements in this case. He submitted to the clerk's office an "Application to the Chief District Judge Seeking Leave to File." ECF No. 1 at 11. In that application, he states under penalty of perjury that the matters asserted in the new complaint are different from those he has presented in prior cases, that his new claims are not frivolous or made in bad faith, and that he conducted a reasonable investigation of the facts. *Id.* at 12. He also

attached Judge Dorsey's order. ECF No. 1-6 at 13-21.  Having reviewed the proposed complaint (ECF No. 1-1), it appears to raise some new issues not previously litigated relating to issues within the prison. ECF No. 1-1 at 3-4.  I will allow Houston to proceed with this litigation, but he may not use it to relitigate or seek to reopen prior cases. *See*, *e.g.*, *id.* at 6 (requesting "[r]eopening of every complaint I've filed since initial September 30, 2016 . . . ."). The judge to whom this case is assigned may dismiss any claims that are improper.

    I THEREFORE ORDER that plaintiff Matthew Houston's Application to Chief District Judge Seeking Leave to File **(ECF No. 1) is GRANTED**.

    I FURTHER ORDER the clerk of court to file the Civil Rights Complaint (ECF No. 1-1) as a separate document.

    I FURTHER ORDER the clerk of court to randomly reassign this case to a district judge and magistrate judge for all further proceedings.

    DATED: August 29, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE