UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Travis Houston, | Case No. 2:25-cv-01364-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motions in Closed Case** |
| Jerry A. Wiese II, et. al., | |
| Defendants | [ECF Nos. 12, 14, 16] |

Plaintiff Matthew Travis Houston brought this civil-rights lawsuit to redress constitutional violations that he claims he suffered while incarcerated in the Nevada Department of Corrections. Houston's application to proceed *in forma pauperis* was denied because he had three strikes under 28 U.S.C. § 1915(g) and did not plausibly allege that he was in imminent danger of serious physical injury at the time he filed his complaint.[1] And when he failed to comply with this court's order directing him to pay the $405 filing fee by October 17, 2025, this case was dismissed.[2]

Houston has nevertheless filed a motion for appointment of counsel, a motion for injunctive relief, and an incomprehensible "Notice of Formal Objection" that appears to be refiled from a state-court case.[3] Because this case is closed, the relief requested by these filings is not available. IT IS THEREFORE ORDERED that Houston's motion for appointment of counsel, motion for injunctive relief, and notice of objection **[ECF Nos. 12, 14, 16] are**

---

[1] ECF No. 6.
[2] ECF No. 10.
[3] ECF Nos. 12, 14, 16.

**DENIED. Houston is cautioned that no further filings should be made in this closed case**, other than a proper notice of appeal.

Dated: December 5, 2025

_____
U.S. District Judge Jennifer A. Dorsey