UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Matthew Travis Houston, | Case No. 2:25-cv-01364-JAD-DJA |
|---|---|
| Plaintiff | |
| v. | **Order Denying Motion** |
| Jerry A. Wiese II, et. al., | **in Closed Case** |
| | [ECF No. 18] |
| Defendants | |

Plaintiff Matthew Travis Houston brought this civil-rights lawsuit to redress constitutional violations that he claims he suffered while incarcerated in the Nevada Department of Corrections. Houston's application to proceed *in forma pauperis* was denied because he had three strikes under 28 U.S.C. § 1915(g) and did not plausibly allege that he was in imminent danger of serious physical injury at the time he filed his complaint.[1] And when he failed to comply with this court's order directing him to pay the $405 filing fee by October 17, 2025, this case was dismissed.[2]

Houston has nevertheless filed a motion for injunctive relief, which also appears to be a recycled filing from another one of his many actions in this court, 2:25-cv-01876-ART-NJK.[3] Because this case is closed, the relief requested by this motion is not available. IT IS THEREFORE ORDERED that Houston's motion for injunctive relief **[ECF No. 18] is**

---

[1] ECF No. 6.
[2] ECF No. 10.
[3] ECF No. 18.

**DENIED.** Houston is AGAIN cautioned that no further filings should be made in this **closed case** other than a proper notice of appeal.

Dated: January 8, 2026

_____
U.S. District Judge Jennifer A. Dorsey